**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

TIMOTHY LIBERTUS,

     Plaintiff,

v.

PEYTON KEENER HARRIS, et al.,

     Defendants.

Cause No.: 4:22-cv-01226-ZMB

## PLAINTIFF'S STATUS REPORT IN RESPONSE TO NOVEMBER 24, 2025 ORDER

Plaintiff submits the following status report in response to the Court's November 24, 2025 Order (Doc. 139) ordering the parties to meet and confer regarding dispositive motions and to file a joint statement of material undisputed facts, or a notice of intent to not file dispositive motions, no later than December 8, 2025:

1.     On November 24, 2025, a status conference was held wherein the parties and the Court discussed the status of the case and various pretrial matters, including, among other things, whether any party intends to file dispositive motions and related deadlines.

2.     During the status conference, counsel for the Missouri Department of Corrections defendants indicated that defendants were considering filing a dispositive motion. After extensive discussion regarding the subject, the Court ordered the parties to file a joint statement of undisputed facts by December 8, 2025 if defendants intend to go forward with filing a dispositive motion. Similarly, in the Court's Order following the conference, the parties were ordered to meet and confer regarding dispositive motions and to file either a joint statement of material undisputed facts or a notice of intent to not file dispositive motions by December 8, 2025. (Doc. 139.)

3.     As of the time of this filing, counsel for the Department of Corrections defendants has not contacted counsel for plaintiff regarding dispositive motions or a joint statement of material

undisputed facts. Further, the Department of Corrections defendants have not filed any notice indicating whether they intend to proceed with filing dispositive motions.

4.      As the Department of Corrections defendants have made no attempt to confer with plaintiff regarding dispositive motions or filing a joint statement of undisputed facts before the December 8, 2025 deadline, plaintiff interprets this as indicating that defendants do not intend to proceed with filing dispositive motions.

5.      Alternatively, by not timely conferring with plaintiff regarding dispositive motions or filing a joint statement of undisputed facts before the December 8, 2025 deadline, it is plaintiff's position that the Department of Corrections defendants have waived the right to file a belated dispositive motion.

**Additional Update Regarding Discovery**

6.      During the November 24, 2025 status conference, the Court also directed the Department of Corrections defendants to file a status report regarding resolution of outstanding discovery issues by November 26, 2025.

7.      The plaintiff Department of Corrections defendants filed that status report on November 26, 2025, in which defendants identified additional documents produced that day and steps taken toward obtaining and producing additional outstanding discovery documents. (Doc. 141.) Plaintiff confirms that the personnel records for the twelve (12) individual defendants and the Offender Handbook for Potosi Correctional Center were uploaded to the shared discovery folder on Box.com on November 26, 2025. (*See* Doc. 141, ¶¶ 1, 5.)

8.      Plaintiff has not received any additional documents or updates regarding discovery from the Department of Corrections defendants since their November 26, 2025 status report.

Respectfully Submitted,

**EVANS & DIXON, L.L.C.**

By:  /s/ Katherine F. Asfour
  Brian R. Shank (#59955MO)
  Katherine F. Asfour (#68984MO)
  211 North Broadway, Suite 2500
  St. Louis, MO  63102
  Phone: (314) 621-7755
  Fax: (314) 621-3136
  bshank@evans-dixon.com
  kasfour@evans-dixon.com
  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically with the Clerk of the Court to be served on all parties of record by operation of the Court's electronic filing system on this 8th day of December, 2025.

   /s/ Katherine F. Asfour

3