UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY LIBERTUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-CV-1226-ZMB |
| | ) |
| PEYTON KEENER HARRIS, et al., | ) |
| | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

Before the Court is Plaintiff Timothy Libertus's Motion to Compel Against Missouri Department of Corrections Defendants. Doc. 152. Shortly after receiving the motion, the Court ordered MDOC Defendants to file any response no later than 3:00 p.m. on January 5th, 2026, given the rapidly approaching pretrial deadlines and past discovery violations. Doc. 153. In compliance with the Court's order, MDOC Defendants filed a response minutes before the deadline. Doc. 154.

The response states that MDOC Defendants have produced several categories of documents, including policies and procedures relating to the IRR and grievance processes, the employee handbook, and various emails. *Id.* at 2–4. Further, Attorney Kevin Smith indicates that he requested several categories of discovery from MDOC and that he will file a status update by January 7, 2026.[1] *Id.* Finally, MDOC Defendants object to Libertus's request for some emails, as he purportedly failed to "provide a reasonably identified set of persons whose emails should be searched." *Id.* at 4.

While MDOC Defendants apparently have made some progress with respect to the still-outstanding discovery highlighted in the Motion to Compel, they provide no justifiable reason for not producing ***all*** discovery (save the emails from unspecified individuals) by this late stage of the case.

---

[1] While Attorney Smith cites the holidays as the primary reason for delay, the Court notes that discovery has now been closed for more than a month, Doc. 125, and that this production should have been completed well before the holidays.

As such, the Court orders MDOC Defendants to fully comply with their discovery obligations and address Libertus's remaining requests no later than January 9, 2026 (although it would welcome progress by January 7, as Attorney Smith has pledged, and it still expects an update on that date). Specifically, MDOC Defendants must produce:

1. Libertus's complete medical and mental health records from January 1, 2020 to the present, and timely supplement any future records;

2. all documents identified in Defendants' belated Rule 26(a)(1) disclosures, including any relevant policies and procedures requested by Plaintiffs;

3. all responsive emails pursuant to the parties' agreed-upon search parameters (other than those addressed in paragraph 6 of the response)[2] and a privilege log identifying any documents withheld, if applicable;

4. executed verifications for Defendants' answers to interrogatories; and

5. either additional documents containing all information sought by the interrogatories or fully responsive supplemental answers.

Any individual responsible for further failures to provide the relevant documents must appear at the status hearing scheduled for January 12, 2026, to provide an explanation. Barring a showing of exceptional circumstances for any such failure, the Court will "direct[] that [relevant] facts be taken as established for the purposes of the action, as the prevailing party claims," in addition to entertaining any other sanctions Libertus requests. *See* FED. R. CIV. P. 37(b)(2).

Finally, the Court also orders MDOC Defendants to submit a brief, no later than January 9, 2026, explaining why the Court should not require Attorney Kevin Smith or MDOC Defendants to "pay the movant's reasonable expenses incurred in making this motion, including attorney's fees." FED. R. CIV. P. 37(a)(5)(A) (requiring payment of expenses if discovery is provided after a motion to compel is filed absent certain exceptions); *see also* FED. R. CIV. P. 37(b)(2)(C). If MDOC Defendants fail to comply with this deadline, the Court will grant as unopposed Libertus's request for reasonable expenses incurred in connection with the motion.

---

[2] Libertus remains free to seek to compel any such emails if MDOC Defendants fail to comply with a specific request.

## CONCLUSION

Accordingly, the Court **GRANTS IN PART** Plaintiff Timothy Libertus's [152] Motion to Compel Against Missouri Department of Corrections Defendants and orders MDOC Defendants to produce the categories of documents listed in this order no later than January 9, 2026. Further, MDOC Defendants must submit a brief, no later than January 9, 2026, explaining why the Court should not require Attorney Smith or MDOC Defendants or to pay Libertus's reasonable expenses incurred in making this motion, including attorney's fees.

So ordered this 6th day of January 2026.

_____
ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE