## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

TIMOTHY LIBERTUS,                      )
                                       )
   *Plaintiff,*        )
                                       )
  v.                         )  Case No. 4:22-cv-01226-ZMB
                                       )
PEYTON KEENER HARRIS, *et al.,*)
                                       )
   *Defendants.*        )

### Notice of Settlement

MDOC Defendants give notice that the parties have agreed upon a settlement and finalized the terms of that agreement to resolve all of the remaining claims in this matter. The parties will finalize the settlement and file a stipulation of dismissal within forty-five days of this notice. The parties respectfully request that the Court vacate all remaining filing deadlines, and for any further relief the Court deems just and proper.

       Respectfully submitted,

       **CATHERINE L. HANAWAY**
       Attorney General

       */s/ Nicolas Taulbee*
       Nicolas Taulbee, MO Bar Number 61065
       Assistant Attorney General
       615 East 13th Street, Suite 401
       Kansas City, Missouri 64106
       Telephone:  (816) 889-5000
       Email:  Nicolas.Taulbee@ago.mo.gov
       *Attorney for MDOC Defendants*

1

## <u>Certificate of Service</u>

I hereby certify that on January 13, 2026, I filed the foregoing electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Nicolas Taulbee
Assistant Attorney General
